**Corey Lamonde JAMES,**
**Plaintiff-Appellant,**

v.

**Fred NASTRI, HO; Joseph F. Neder, Ex–Warden NBCI; David Wilhelm, Sgt.; Warden Bobby Shearin; John Rowley, Ex–Warden; Brian Moore, Ex–CO II NBCI; Dave Cowen, Ex–Sgt. NBCI; J.E. Combs, Ex–CO II NBCI; Maxine Bryant; Al Davis, HO, Defendants–Appellees.**

No. 11–7058.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 20, 2011.

Corey Lamonde James, Appellant Pro Se. Glen William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Lamonde James appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *James v. Nastri,* No. 8:10–cv–02272–AW, 2011 WL 2853914 (D.Md. filed July 13, 2011 & entered July 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*